■ ANNA LOVETERE et al., Respondents, v. THOMAS STACKHOUSE, Defendant, and SUSAN LA MANNA, Appellant.— Judgment in favor of plaintiffs, unanimously reversed, on the law, on the facts and in the exercise of discretion, the verdict vacated and a new assessment of damages ordered, with $50 costs to defendant-appellant, unless plaintiff Anna Lovetere stipulates to accept $10,000 and plaintiff Salvatore Lovetere stipulates to accept $2,000 in lieu of the amounts awarded them by verdict, in which event the judgment is modified to that extent and, as so modified, affirmed, with $50 costs to defendant-appellant. In this personal injury negligence action, it is evident that the amounts awarded by the jury are grossly excessive and that a verdict in excess of the amounts indicated is not warranted on this record. Settle order on notice. Concur — Botein, P. J., McNally, Stevens and Bastow, JJ.

■ FAY WALDVOGEL, as Administratrix of the Estate of MICHAEL WALDVOGEL, Deceased, Respondent, v. R. STANLEY MURRAY et al., Copartners Doing Business as STANLEY PLUMBING & HEATING Co., Appellants.— Order granting motion to set aside a verdict for $15,000 unless plaintiff accepts $8,500 in lieu thereof and the judgment entered on plaintiff's acceptance of that amount, unanimously reversed, on the law, on the facts and in the exercise of discretion, the judgment vacated and a new trial granted, with $50 costs and disbursements to appellants, unless plaintiff stipulates to accept $2,500 in place of the amount allowed, in which event the judgment is modified to that extent and affirmed as so modified, with $50 costs and disbursements to appellants. In this personal injury negligence action, the amount of the judgment is grossly excessive and not warranted by the record. Settle order on notice. Concur — Rabin, J. P., Stevens, Steuer and Staley, JJ.

■ GERALDINE GAFFNEY, Respondent, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.— Order entered October 20, 1965 granting a motion by claimant to compel appellant to accept the notice of intention to make claim, as timely, unanimously reversed on the law, with $50 costs and disbursements to the appellant and the motion denied (*Matter of Sellars* v. *MVAIC*, 20 A D 2d 350). Concur — Botein, P. J., Breitel, Steuer and Staley, JJ.